UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,

                          Plaintiff,

   -against-

TOWN OF NORTH HEMPSTEAD and GAIL SELIS,

                          Defendants.
-----------------------------------------------------------X

Docket: 2:22-CV-04083
(JMA)(JMW)

**STIPULATION OF DISMISSAL**

Plaintiff THE TRAVELERS INDEMNITY COMPANY and Defendants, TOWN OF NORTH HEMPSTEAD and GAIL SELIS, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: March 21, 2023

By: _____
Michael Buckley, Esq.
USERY & ASSOCIATES
*Attorneys for Plaintiff*
485 Lexington Ave, 7th Floor
New York, New York 10017
(917) 778-6415


By: _____
Barry Liebman, Esq.
LAW OFFICES OF PATRICK
J. MULLANEY, P.C.
*Attorneys for Defendant Gail Selis*
100-09 Metropolitan Avenue
Forest Hills, New York 11375
(718) 821-8100

By: _____
Sarah M. Ziolkowski, Esq.
MILBER MAKRIS PLOUSADIS
& SEIDEN LLP
*Attorneys for Defendant Town
of North Hempstead*
1000 Woodbury Road, Suite 402
Woodbury, NY 11797
(516) 712-4000


SO ORDERED:

_____